**DISMISS; Opinion Filed April 4, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01321-CV**

**BRUCE AND JANET HENDRICK, Appellants**
**V.**
**JEREMIAH AND JEFFREY WHOLEY, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06322**

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Evans

The Court has before it appellants' March 15, 2013 unopposed motion to dismiss interlocutory appeal. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

121321F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRUCE AND JANET HENDRICK,
Appellants

No. 05-12-01321-CV      V.

JEREMIAH AND JEFFREY WHOLEY,
Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-06322.
Opinion delivered per curiam before Justices
Lang, Francis, and Evans.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
     It is **ORDERED** that appellee JEREMIAH AND JEFFREY WHOLEY recover their
costs of this appeal from appellant BRUCE AND JANET HENDRICK, unless the parties'
agreement provides otherwise.

Judgment entered this 4th day of April, 2013.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

–2–